**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

| | |
|---|---|
| ATLAS IP, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 14-21006-CIV |
| | ) |
| ST. JUDE MEDICAL, INC., | ) ALTONAGA/O'Sullivan |
| and ST. JUDE MEDICAL S.C., INC., | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR STAY**

On November 6, 2014, this Court granted in the afore-captioned matter Defendants' motion for summary judgment of non-infringement of U.S. Patent No. 5,371,734 (the "'734 patent") and subsequently entered final judgment in favor of Defendants. ECF Nos. 133; 134. On December 7, 2015, following Plaintiff's appeal, the United States Court of Appeals for the Federal Circuit vacated the summary judgment and remanded to this Court for further proceedings. ECF No. 155.

On December 3, 2014, in a co-pending *inter partes* review proceeding in the United States Patent and Trademark Office, the Patent Trial and Appeals Board ("PTAB") issued a final written decision finding the asserted claim of the '734 patent to be unpatentable. *St. Jude Medical, Inc. et al. v. Atlas IP, LLC*, IPR2104-00916, Paper No. 28 (P.T.A.B. Dec. 3, 2015). Plaintiff represents that it intends to request a rehearing of this PTAB decision, the petition for which must be filed on or before January 2, 2016. The PTAB "envisions that, absent a need for additional briefing by an opponent, requests for rehearing will be decided approximately one month after receipt of the request." PTAB Trial Practice Guide, 77 Fed. Reg. 48,768.

Accordingly, the parties jointly request a brief stay of this case until Plaintiff's petition for rehearing before the PTAB is resolved—likely early in February 2016. The parties believe that such a stay would be in the best interest of judicial economy, given that the rehearing before the PTAB may bear on the PTAB's decision of unpatentability of the asserted claim in this Court. The requested stay would not impact any other proceeding.

Should the Court grant the requested stay, the parties propose that, within seven days after the PTAB has resolved Plaintiff's petition for rehearing, the parties will jointly provide a status update to this Court and their proposals for how this case should proceed as to the asserted claim.

Dated: December 18, 2015                    Respectfully submitted,

| | |
|---|---|
| **FELDMAN GALE, P.A.** | **CARLSON & ASSOCIATES, P.A.** |
| One Biscayne Tower, 30th Floor | One S.E. Third Avenue |
| 2 South Biscayne Boulevard | Suite 1200 |
| Miami, FL 33131 | Miami, FL 33131 |
| Telephone No. (305) 358-5001 | Telephone No. (305) 372-9700 |
| Telefacsimile No. (305) 358-3309 | Facsimile No. (305) 372-8265 |
| | |
| By: *s/ Richard Guerra* | By: *s/Curtis Carlson* |
| James A. Gale | Curtis Carlson, FBN 236640 |
| Florida Bar No. 371726 | EMail: carlson@carlson-law.net |
| E-Mail: jgale@feldmangale.com | |
| Richard Guerra | **Stadheim & Grear Ltd.** |
| Florida Bar No. 689521 | George C. Summerfield (*Pro Hac Admitted*) |
| E-Mail: rguerra@feldmangale.com | EMail: summerfield@stadheimgrear.com; mccormick@stadheimgrear.com |
| Wayne M. Barsky (*Pro Hac Admitted*) | Robert M. Spalding (*Pro Hac Admitted*) |
| EMail: wbarsky@gibsondunn.com | EMail: spalding@stadheimgrear.com; bazianos@stadheimgrear.com |
| Neema Jalali (*Pro Hac Admitted*) | Kyle L. Harvey (*Pro Hac Admitted*) |
| EMail: njalali@gibsondunn.com | EMail: harvey@stadheimgrear.com; ichou@stadheimgrear.com |
| Ellen Lin (*Pro Hac Admitted*) | |
| EMail: elin@gibsondunn.com | |
| H. Mark Lyon (*Pro Hac Admitted*) | Rolf O. Stadheim (*Pro Hac Admitted*) |
| EMail: mlyon@gibsondunn.com | EMail: stadheim@stadheimgrear.com; |

| | |
|---|---|
| **Gibson, Dunn & Crutcher LLP**<br>2029 Century Park East<br>Los Angeles, CA 90067-3026<br>Telephone No.  (310) 552-8500<br>Facsimile No.  (310) 552-7010<br><br>*Counsel for Defendants*<br>*St. Jude Medical, Inc., &*<br>*St. Jude Medical S.C., Inc* | bazianos@stadheimgrear.com<br>Christopher St. Peter (*Pro Hac Admitted*)<br>EMail:  stpeter@stadheimgrear.com;<br>bazianos@stadheimgrear.com<br>400 N. Michigan Avenue, Suite 2200<br>Chicago, IL 60611<br>Telephone No. (312) 755-4400<br>Facsimile No. (312) 755-4408<br><br>*Counsel for Plaintiff Atlas IP, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 18th day of December, 2015, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  The undersigned also certifies that the foregoing document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Curtis Carlson*